

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-24-00367-CV

## IN THE INTEREST OF G.J.J., A CHILD

_____

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-D202100557**

_____

## MEMORANDUM OPINION

_____

Appellant attempts to appeal the trial court's "Temporary Orders in Suit Affecting Parent-Child Relationship" signed on October 21, 2024. By letter dated December 2, 2024, the Clerk of this Court notified appellant that the appeal was subject to dismissal because it appeared no final, appealable judgment or order had been signed by the trial court. *See* TEX. R. APP. P. 42.3; 44.3. Temporary orders in a suit affecting the parent-child relationship are not appealable. *See* TEX. FAM. CODE § 105.001(e).

In the same letter, the Clerk warned appellant that the appeal would be dismissed unless, within 10 days from the date of the letter, a response was filed with the Court showing grounds for continuing the appeal. A response was timely filed, but it does not show grounds for continuing the appeal.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3 and 44.3; TEX. FAM. CODE § 105.001(e).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Johnson, and
          Justice Smith
Appeal dismissed
Opinion delivered and filed December 19, 2024
[CV06]

